UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN J. P., | ) | No. CV 21-2546-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

In accordance with the Order Vacating Decision and Remanding for Further Proceedings ("Order Vacating") filed concurrently herewith,

IT IS HEREBY ADJUDGED that the March 10, 2022, Judgment of this Court is vacated, and this action is remanded to defendant for further proceedings consistent with the Order Vacating.

DATED: February 28, 2023

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE